## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                          Case No. 14-21565

      Evette M Fortenberry

      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 06/09/2014.

2)  The plan was confirmed on 09/04/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/19/2015, 01/14/2016, 07/26/2018.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 09/25/2018.

6)  Number of months from filing to last payment: 52.

7)  Number of months case was pending: 58.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $2,039.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,013.27 | |
| Less amount refunded to debtor | $210.27 | |
| **NET RECEIPTS:** | | **$8,803.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $386.60 | |
| Other | $382.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,768.60** |

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A-1 PREMIUM BUDGET | Unsecured | NA | 740.00 | 740.00 | 15.45 | 0.00 |
| Academic innovations | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Allied Coll | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Allied Collectin Services Inc | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Se | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 0.00 | 808.95 | 808.95 | 16.89 | 0.00 |
| APPLIED BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Argosy University | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Bank of Amercia | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Blue Island Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 1,551.00 | 2,001.38 | 2,001.38 | 41.79 | 0.00 |
| Brazoshigh | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital Accounts | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Cash In A Wink | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 2,600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 2,544.00 | NA | NA | 0.00 | 0.00 |
| Chicago southland chamber | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribute | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 500.00 | 100.00 | 100.00 | 2.09 | 0.00 |
| CITY OF HARVEY WATER DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Cook County Dept. of Revenue | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Crescent Bank & Trust | Unsecured | 11,943.00 | 12,129.03 | 12,129.03 | 253.26 | 0.00 |
| CREST FINANCIAL | Secured | 500.00 | 901.00 | 500.00 | 500.00 | 29.18 |
| CREST FINANCIAL | Unsecured | 1,500.00 | 1,378.00 | 1,779.00 | 37.15 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CRICKET | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| Ea | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Ex | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| GECRB/WALMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hanover Premium Finance | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Hydra Financial Limited Fund III | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 878.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 282.15 | 282.15 | 5.89 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LEDFORD & WU | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LHR INC | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Liberty Group LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY ASSOCIATES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 2,272.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 419.31 | 419.31 | 8.76 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 600.00 | 600.32 | 600.32 | 12.53 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,659.00 | 2,084.99 | 2,084.99 | 43.54 | 0.00 |
| Office of the Traffic Compliance | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 700.00 | 121.36 | 121.36 | 2.53 | 0.00 |
| PRAXIS FINANCIAL SOLUTIONS | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 299.00 | 299.00 | 6.24 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Public Storage | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| QC FINANCIAL SVCS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| R & R Country Motors | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Retrieval Masters Credit Bureau | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| RMS Recovery Management Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Sister 2 Sister | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNEER AMERICAN | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN GREAT LA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,200.00 | 15,663.50 | 15,663.50 | 327.06 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Sw Stdnt Srv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| The Billing Center | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Theodore bindor & Assoc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Title Max | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 125.66 | 125.66 | 2.62 | 0.00 |
| TORRES CREDIT SVC | Unsecured | 3,927.00 | NA | NA | 0.00 | 0.00 |
| Transword Systems | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| us attorney office | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1.00 | 379.08 | 379.08 | 7.92 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 49,228.00 | 179,164.12 | 2,721.50 | 2,721.50 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 8,506.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 39,831.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 21,191.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 15,349.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 12,056.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 8,815.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 8,226.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 6,568.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 3,340.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,740.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| Vantage Sourcing | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| wajid | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Walmart | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| Waste Management | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $500.00 | $500.00 | $29.18 |
| **TOTAL SECURED:** | **$500.00** | **$500.00** | **$29.18** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$40,255.23** | **$3,505.22** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,768.60 |
| Disbursements to Creditors | $4,034.40 |
| **TOTAL DISBURSEMENTS** : | **$8,803.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2019         By: /s/ Tom Vaughn
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**